UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CURTIS L. HALL                                      CIVIL ACTION

VERSUS                                              NO. 10-1872

ST. TAMMANY PARISH ET AL.                           SECTION "C" (2)

## PARTIAL DISMISSAL ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by St. Tammany Parish is hereby **GRANTED** and plaintiff's claims against St. Tammany Parish only are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this _14_ day of _December_, 2010.

_____
UNITED STATES DISTRICT JUDGE